# GERSTEN SAVAGE LLP

600 LEXINGTON AVENUE
NEW YORK NY 10022-6018
T: 212-752-9700
F: 212-980-5192
NFO@GSKNY.COM
WWW.GSKNY.COM

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 17 2006 ★

BROOKLYN OFFICE

July 10, 2006

<u>VIA FACSIMILE (718)-613-2456</u>
Hon. John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*[Handwritten: Trial is adjourned to 9-11-06 at 9:30 am. So ordered*
*s/John Gleeson*
*USDJ*
*7-10-06]*

Re: U.S. v. Marek Inglot
04 Cr. ~~0526~~ (JG)
741

Dear Judge Gleeson:

On behalf of Marek Inglot, and with the governments consent we respectfully request that the trial, which is currently scheduled for July 17, 2006, be adjourned to the week of September 11, 2006, a time we understand is convenient for the Court.

Although I strongly anticipate a plea in this case, I make this request because my mother-in-law was recently diagnosed with cancer, and as a result, I have been out if my office with some regularity for the past eight weeks. For this reason, I require additional time to resolve issues relative to Mr. Inglot's plea agreement and plea. In addition, should the case actually need to go to trial, I will require additional time to prepare.

Accordingly, we respectfully request the Court adjourn the trial as requested above, or to a date convenient to the court. When considering this request, I most respectfully request that the Court be mindful, that I will be out of the office for the first two weeks in August on a pre-planned family vacation.

Your consideration in this matter is greatly appreciated.

Respectfully,

Barry Zone

BZ/rg

cc.: AUSA Scott Morvillo

AFFILIATED WITH WHITEMAN OSTERMAN & HANNA LLP | ONE COMMERCE PLAZA | ALBANY NY 12260| T: 518-487-7600 F: 518-487-7777 | WWW.WOH.COM

***GERSTEN SAVAGE LLP***
***101 EAST 52ND STREET***
***NEW YORK, NEW YORK 10022-6018***
***TELEPHONE: (212) 752-9700***
***FAX: (212) 980-5192***

*Facsimile Cover Sheet*

*DATE: July 10, 2006*

**TO:**     *Hon. Judge Gleeson*

**FROM:**   *Barry Zone, Esq.*

**RE:**     *U.S. v. Marek Inglot*

**FAX NO.:** *718-613-2456*

**NUMBER OF PAGES:**   *2*
*(Including cover sheet)*

*Our Facsimile Numbers are (212) 980-5192*

**COMMENTS:**

CONFIDENTIAL NOTICE
This message is intended only for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone. Thank you.